UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § CRIMINAL NO. 20-cr-00449-BRM |
| | § |
| **v.** | § |
| | § |
| **JEFFERY MADISON** | § 18 U.S.C. § 371 |

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

Defendant Jeffery Madison by and through undersigned counsel seeks permission to travel and would respectfully show**:**

**I.**

Mr. Madison seeks permission to travel to Lake Charles, Louisiana. Mr. Madison's mother recently passed and the funeral will be held in Lake Charles. Mr. Madison would depart Arlington, Texas on Friday June 5, 2020 and return to Arlington on Monday June 8, 2020. Mr. Madison grew up in Lake Charles and will reside with family. Counsel has conferred with Assistant United States Attorney Bernard Cooney regarding this motion and he is unopposed. Counsel has also conferred with United States Probation officer Kristen McKeown and she is unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, Defendant Jeffrey Madison respectfully request the Court grant this motion for permission to travel.

Respectfully submitted,

HOLLAND & KNIGHT

/s/ Samuel J. Louis
**Samuel J. Louis**
1100 Louisiana, Suite 4300
Houston, Texas 77002
(713) 244-6860
(713) 821-7001 Fax
Samuel.louis@hklaw.com

## CERTIFICATE OF CONFERENCE

The Department of Justice and United States Probation office oppose this request.

/s/*Samuel J. Louis*
**Samuel J. Louis**

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020 the foregoing has been served on counsel of record by Notice of Electronic filing via CM/ECF, in accordance with the Federal Rules of Criminal Procedure.

/s/*Samuel J. Louis*
**Samuel J. Louis**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO. 20-cr-00449-BR-1** |
| | § | |
| **v.** | § | |
| | § | |
| **JEFFREY MADISON** | § | **18 U.S.C. § 371** |

**ORDER GRANTING PERMISSION TO TRAVEL**

On this the _____ day of June, 2020 came on to be considered Defendant's Unopposed Motion for permission to travel from Arlington, Texas to Lake Charles, Louisiana on June 5, 2020 and return to Arlington on June 8, 2020 and said Motion is hereby GRANTED.

       Signed on _____.

 

                                        _____
                                        UNITED STATES DISTRICT JUDGE